UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Karen L Haislip

Debtor(s)

Case No. 16-31642

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/04/2016.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 12/07/2016.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 3.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $18,200.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$0.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| PRESENCE SAINT JOSEPH MEDICAL | Unsecured | 15,384.67 | NA | NA | 0.00 | 0.00 |
| PRESENCE SAINT JOSEPH MEDICAL | Unsecured | 2,599.84 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK HOSPIT/ | Unsecured | 372.57 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 1,617.50 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 5,378.59 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK HOSPIT/ | Unsecured | 373.57 | NA | NA | 0.00 | 0.00 |
| METRO ADV RADIOLOGICAL SVCS L | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| MEDICAL BUSINESS BUREAU LLC | Unsecured | 936.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 1,018.50 | NA | NA | 0.00 | 0.00 |
| DIGESTIVE HEALTH SERVICES SC | Unsecured | 2,715.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RADIOLOGISTS OF JOL | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF BOLINGBROOK | Unsecured | 957.50 | NA | NA | 0.00 | 0.00 |
| AEGIS SCIENCES CORPORATION | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CEN | Unsecured | 376.20 | NA | NA | 0.00 | 0.00 |
| WINFIELD LABORATORY CONSULT/ | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| COMPREHENSIVE PATHOLOGY SERV | Unsecured | 70.50 | NA | NA | 0.00 | 0.00 |
| LUMC PATIENT PAYMENTS | Unsecured | 11,360.85 | NA | NA | 0.00 | 0.00 |
| ADVOCATE GOOD SAMARITAN HOS | Unsecured | 11,554.00 | NA | NA | 0.00 | 0.00 |
| PRESENCE ST JOSEPH MEDICAL CEN | Unsecured | 2,599.84 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| GRANT & WEBER INC | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK HOSPIT/ | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| DIGESTIVE HEALTH SERVICES SC | Unsecured | 2,715.00 | NA | NA | 0.00 | 0.00 |
| CARDIOLOGY INTERPRETTION II | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST DIAGNOSTIC PATHOLOGY | Unsecured | 610.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE EMERGENCY PHYSICIANS | Unsecured | 936.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---|---|---:|---:|
| RADADVANTAGE ILLINOIS PC | Unsecured | 726.00 | NA | NA | 0.00 | 0.00 |
| RADADVANTAGE ILLINOIS PC | Unsecured | 609.00 | NA | NA | 0.00 | 0.00 |
| RADADVANTAGE ILLINOIS PC | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| RADADVANTAGE ILLINOIS PC | Unsecured | 399.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGIST OF DUPAGE SC | Unsecured | 1,004.00 | NA | NA | 0.00 | 0.00 |
| WINFIELD RADIOLOGY CONSULTAN | Unsecured | 1,639.77 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RADIOLOGISTS OF JOL | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| CADENCE HEALTH | Unsecured | 10,433.69 | NA | NA | 0.00 | 0.00 |
| JOLIET CENTER FOR CLINICAL RESE | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| CHICAGOLAND PAIN MGMT | Unsecured | 294.00 | NA | NA | 0.00 | 0.00 |
| AEGIS SCIENCES CORPORATION | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK HOSPIT/ | Unsecured | 2,147.89 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK HOSPIT/ | Unsecured | 372.57 | NA | NA | 0.00 | 0.00 |
| PRESENCE HEALTH | Unsecured | 9,590.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK HOSPIT/ | Unsecured | 108.10 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 2,805.00 | NA | NA | 0.00 | 0.00 |
| WINFIELD LABORATORY CONSULT/ | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST HEALTH PARTNERS | Unsecured | 45.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT CO | Unsecured | 722.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK HOSPIT/ | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| HEART CARE CENTERS OF ILLINOIS | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| JOLIET RADIOLOGICAL SC | Unsecured | 1,461.00 | NA | NA | 0.00 | 0.00 |
| METRO ADV RADIOLOGICAL SVCS L | Unsecured | 161.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE II | Unsecured | 2,109.00 | NA | NA | 0.00 | 0.00 |
| EM STRATEGIES LTD | Unsecured | 1,405.00 | NA | NA | 0.00 | 0.00 |
| ADVENTIST BOLINGBROOK HOSPIT/ | Unsecured | 2,764.11 | NA | NA | 0.00 | 0.00 |
| RADADVANTAGE ILLINOIS PC | Unsecured | 337.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO HEALTH MEDICAL GROUP | Unsecured | 388.00 | NA | NA | 0.00 | 0.00 |
| ASSOCIATED RADIOLOGISTS OF JOL | Unsecured | 427.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 36,691.60 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE CREDIT & COLLECTIO | Unsecured | 21,034.40 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS INC | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| JOSE VILLARREAL MD | Unsecured | 61.13 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 12,736.89 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 890.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 596.00 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 2,125.30 | NA | NA | 0.00 | 0.00 |
| CLINICAL NEUROSCIENCES SC | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| PRESENCE SAINT JOSEPH MEDICAL | Unsecured | 15,984.00 | NA | NA | 0.00 | 0.00 |
| RESURECTION HEALTH CARE | Unsecured | 36.95 | NA | NA | 0.00 | 0.00 |
| EM STRATEGIES LTD | Unsecured | 1,672.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEMORIAL HOSPITAI | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| STATE BANK OF TEXAS | Secured | 90,000.00 | NA | NA | 0.00 | 0.00 |
| STATE BANK OF TEXAS | Secured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$0.00** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/28/2016            By:/s/ Glenn Stearns
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**